Earnel LUSK, Petitioner,

v.

STONECOAL BRANCH MINING, IN-
CORPORATED; West Virginia Coal
Workers' Pneumoconiosis Fund, In-
corporated; Director, Office of Work-
ers' Compensation Programs, United
States Department of Labor, Respon-
dents.

No. 03–1496.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Oct. 10, 2003.

S.F. Raymond Smith, Rundle & Rundle,
L.C., Pineville, West Virginia, for Petition-
er. Robert Weinberger, Employment Lit-
igation Unit, Charleston, West Virginia,
for Respondents.

Before WILKINSON, MICHAEL, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Earnel Lusk seeks review of the Bene-
fits Review Board's decision and order af-
firming the administrative law judge's de-
nial of black lung benefits pursuant to 30
U.S.C. §§ 901–945 (2000). Our review of
the record discloses that the Board's deci-
sion is based upon substantial evidence
and is without reversible error. Accord-
ingly, we affirm on the reasoning of the
Board. *See Lusk v. Stonecoal Branch
Mining, Inc.*, No. 02–713 BLA (BRB Apr.
11, 2003). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*